1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:06-CV-00798-AWI-SMS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATED REQUEST TO VACATE CURRENT SCHEDULING DATES, REQUEST FOR NEW SCHEDULING CONFERENCE, NEW SCHEDULING ORDER AND ORDER THEREON** |
| APPROXIMATELY $23,500.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Claimant Guy Andrew Guerra, and his counsel of record, as follows:

The Scheduling Conference Order filed September 22, 2006, was prepared without input by *pro se* Claimant, Guy Andrew Guerra, and Mr. Guerra failed to appear for the conference or contact the Assistant United States Attorney handling the case. The Scheduling Conference Order was issued by the Court on September 22, 2006. Claimant again appeared in this action on November 10, 2006, when his attorney of record, Robert L. Forkner, filed a Verified Claim of Ownership and Petition Opposing Forfeiture on Claimant's behalf. It is not clear whether attorney Forkner ever received the prior Scheduling Conference Order.

Since that time, Plaintiff has attempted to maintain settlement discussions through counsel, as well as propounding discovery through counsel. Plaintiff recently determined that counsel was not sure whether he represented Claimant Guerra or not, and received a voice mail from Claimant's

1  counsel's office indicating that discovery propounded on counsel may never have been given to
2  claimant.  Claimant's counsel has also indicated he may withdraw from the case.
3      The parties therefore request that the current dates set by the Scheduling Order filed
4  September 22, 2006, be vacated and that a new Scheduling Conference date be set to allow both
5  Plaintiff and Claimant's counsel (or Claimant) to propose mutual discovery, pretrial, and trial dates
6  and to determine who will be representing Claimant through these proceedings.

                           Respectfully submitted,

Dated:  October 29, 2007            McGREGOR W. SCOTT
                                     United States Attorney

                                   /s/ Stephanie Hamilton Borchers
                                   STEPHANIE HAMILTON BORCHERS
                                   Assistant United States Attorney


Dated:  November 9, 2007            /s/ Robert L. Forkner
                                   ROBERT L. FORKNER
                                   Attorney for Claimant Guy Andrew Guerra
                                   (Original signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

**Dated:   November 27, 2007**         /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE