McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CV-00798-AWI-SMS |
| Plaintiff, | |
| v. | |
| APPROXIMATELY $23,500.00 IN U.S. CURRENCY, | **FINAL JUDGMENT OF FORFEITURE** |
| Defendant. | |
| GUY ANDREW GUERRA, | |
| Claimant. | |

   Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

   1.   This is a civil forfeiture action against approximately $23,500.00 in U.S. Currency (hereafter "defendant currency").

   2.   A Verified Complaint for Forfeiture *In Rem* was filed on June 22, 2006, seeking the forfeiture of the defendant currency, alleging said currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq*.

3.      On June 22, 2006, in accordance with said Complaint, a Warrant for Arrest for the defendant currency was issued and duly executed on July 7, 2006.

4.      On or about August 12, 17, 24, 31, and September 7, 2006, a Public Notice of Arrest of the defendant currency appeared by publication in <u>The Modesto Bee</u>, a newspaper of general circulation in the county in which the defendant currency was seized (Stanislaus County). The Proof of Publication was filed with the Court on October 10, 2006.

5.      In addition to the Public Notice of Arrest having been completed, actual notice was personally served upon Guy Andrew Guerra. On September 5, 2006, Guy Andrew Guerra filed an answer. On November 10, 2006, Guy Andrew Guerra filed a claim.

6.      No other parties have filed claims or answers in this matter and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1.      The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.      That judgment is hereby entered against claimant Guy Andrew Guerra and all other potential claimants who have not filed claims in this action.

3.      All right, title, and interest in $11,750.00 of the defendant approximately $23,500.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.      Upon entry of this Final Judgment of Forfeiture, but no later than 45 days thereafter, $11,750.00 of the defendant approximately $23,500.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to Claimant Guy Andrew Guerra through his attorney Charles K. Manock at 5260 N. Palm Avenue, Fresno, California 93704.

5.      Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or

damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

6.  Pursuant to the stipulation of the parties, and the allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed June 22, 2006, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7.  All parties shall bear their own costs and attorneys' fees.

## CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed June 22, 2006, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency.

IT IS SO ORDERED.

**Dated:  February 11, 2008**            /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE